UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
**FILED**
JUL 07 2022
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.  INDICTMENT NO. 22-82-DCR

DANNY RAY BIXLER

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 18 U.S.C. § 922(g)(1)

On or about May 29, 2021, in Fayette County, in the Eastern District of Kentucky,

**DANNY RAY BIXLER,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms to wit, a Smith & Wesson, pistol, Model M&P Bodyguard, caliber .380 auto, bearing serial number KDZ6905, and a Smith & Wesson, pistol, Model M&P Bodyguard, caliber .380 auto, bearing serial number KFS2827, that were in and affecting commerce, all in violation of 18 U.S.C. § 922(g)(1).

### COUNT 2
### 18 U.S.C. § 922(g)(1)

On or about August 6, 2021, in Fayette County, in the Eastern District of Kentucky,

DANNY RAY BIXLER,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm to wit, a Sig Sauer pistol, Model P320, bearing serial number 58C100800, that was in and affecting commerce, all in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATIONS
## 18 U.S.C. § 924(d)(1)A
## 28 U.S.C. § 2461

By virtue of the commission of the felony offense charged in Counts 1 and 2 of the Indictment, any and all interest **DANNY RAY BIXLER,** has in the below-described property is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461:

### FIREARMS AND AMMUNITION:

a) Smith & Wesson, pistol, Model M&P Bodyguard, caliber .380 auto, bearing serial number KDZ6905;

b) Smith & Wesson, pistol, Model M&P Bodyguard, caliber .380 auto, bearing serial number KFS2827;

c) Sig Sauer pistol, Model P320, bearing serial number 58C100800, and

d) Ammunition.

A TRUE BILL

███████████████████

_____
CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

## PENALTIES

**COUNTS 1 &2:**   Not more than 10 years imprisonment, not more than $250,000 fine, and not more than 3 years supervised release.

**If an armed career criminal**: Not less than 15 years nor more than life imprisonment, a fine of not more than $250,000, and not more than 5 years supervised release.

**PLUS:**   Mandatory special assessment of $100 per count.

**PLUS:**   Restitution, if applicable.

**PLUS:**   Forfeiture