UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | Criminal Action No. 5: 22-082-DCR |
| V. | ) ) ) | |
| DANNY RAY BIXLER, | ) ) | **ORDER** |
| Defendant. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Based on the Court's previous order granting Defendant Danny Bixler's motion for re-arraignment and denying his motion to suppress as moot [Record No. 27], it is hereby

**ORDERED** that United States Magistrate Judge Matthew A. Stinnett's Report and Recommendation [Record No. 24] is **DENIED** as **MOOT**.

Dated: November 30, 2022.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky