UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Action No. 5: 22-082-DCR-EBA |
| Plaintiff/Respondent, | and |
| | Civil Action No. 5: 24-134-DCR-EBA |
| V. | |
| DANNY RAY BIXLER, | **JUDGMENT** |
| Defendant/Movant. | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered on this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of the United States with respect to all issues raised in this action.

2. Defendant/Movant Bixler's collateral proceeding (Civil Action No. 5: 24-134-DCR-EBA) is **DISMISSED** and **STRICKEN** from the docket.

3. A Certificate of Appealability will not issue.

4. This is a **FINAL** and **APPEALABLE** Judgment and there is no cause for delay.

Dated: October 16, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky